**Stueve Siegel Hanson LLP**
Norman E. Siegel, MO Bar # 44378
*siegel@stuevesiegel.com*
Christopher D. Dandurand, MO Bar # 63775
*dandurand@stuevesiegel.com*
460 Nichols Road, Suite 200
Kansas City, MO 64112
(816) 714-7100
(816) 714-7101 Facsimile

Attorneys for Plaintiff, Matthew Alexander,
for himself and other members of the general
public similarly situated

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Matthew Alexander, ) | |
| ) | Docket No. 2:13-cv-02005-LDG-CWH |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GNLV, Corp. ) | **PLAINTIFF'S MOTION TO** |
| GNL, Corp., ) | **FILE UNDER SEAL** |
| ) | **PLAINTIFF MATTHEW** |
| ) | **ALEXANDER'S MEMORANDUM IN** |
| ) | **SUPPORT OF HIS MOTION TO** |
| ) | **COMPEL** |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

Plaintiff Matthew Alexander, for himself and other members of the general public similarly situated, by and through undersigned counsel hereby moves the Court for an entry of an Order to file under seal Plaintiff Matthew Alexander's Memorandum in Support of His Motion to Compel. As support for this Motion, Plaintiff states as follows:

1. The parties have agreed to abide by the terms of a proposed protective order, until such time as the parties seek and receive an Order from the Court stating otherwise or the parties come to a different agreement.

2. Pursuant to the terms of the proposed protective order, parties that produce documents and/or provide deposition testimony in this litigation are permitted to designate their documents or deposition transcripts as "Confidential", "Confidential – Attorney's Eyes Only" or "Confidential Personal Information."

3. Defendants have produced documents and/or deposition transcripts as Confidential, Confidential – Attorney's Eyes Only or Confidential Personal Information.

4. Plaintiff is filing a Memorandum in Support of His Motion to Compel Deposition which contains information designated as Confidential, Confidential – Attorney's Eyes Only or Confidential Personal Information. In order to comply with the terms of the proposed protective order, Plaintiff requests that the Court allow Plaintiff's Memorandum to be filed under seal.

5. Plaintiff believes that the burden is on the Defendants to establish that the information designated as Confidential, Confidential – Attorney's Eyes Only or Confidential Personal Information pursuant to the agreement is entitled to heightened protection. Nonetheless, Plaintiff requests that the Court file under seal Plaintiff Matthew Alexander's Memorandum in Support of His Motion to Compel so that Plaintiff can comply with the parties' agreement.

6. Accordingly, Plaintiff respectfully requests that the Court enter an Order filing Plaintiff Matthew Alexander's Memorandum in Support of His Motion to Compel under seal.

…

…

…

Dated: October 24, 2014

**STUEVE SIEGEL HANSON LLP**

/s/ Christopher D. Dandurand
Norman E. Siegel, MO Bar # 44378
*siegel@stuevesiegel.com*
Christopher D. Dandurand, MO Bar # 63775
*dandurand@stuevesiegel.com*
460 Nichols Road, Suite 200
Kansas City, MO 64112
(816) 714-7100
(816) 714-7101 Facsimile

**DiPasquale Moore, LLC**
Michael DiPasquale, MO Bar # 58479
*mdipasquale@dmlawkc.com*
Jason B. Moore, MO Bar # 54592
*jmoore@dmlawkc.com*
4050 Pennsylvania Avenue, Suite 115
Kansas City, MO 64111
(816) 888-7501
(816) 888-7519 Facsimile

Brian D. Nettles, Esq.
Nevada Bar No. 7462
**Nettles Law Firm**
1389 Galleria Drive, Suite 200
Henderson, Nevada 89012
(702) 434-8282
(702) 434-1488 Facsimile
briandnettles@nettleslawfirm.com

Attorneys for Plaintiff, Matthew Alexander, for himself and other members of the general public similarly situated

**ATTORNEYS FOR PLAINTIFFS**

## ORDER

It is so ordered.

_____
U.S. Magistrate Judge
Dated: 10/27/2014

3

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on October 24, 2014, a copy of the foregoing document was served via email to the following:

> Philip Hymanson
> hymansonp@gtlaw.com
> Donald Prunty
> pruntyd@gtlaw.com
> GREENBERG TRAURIG, LLP
> 3773 Howard Hughes Parkway,
> Suite 400 North
> Las Vegas, Nevada  89169
>
> Attorneys for Defendants

/s/ Christopher D. Dandurand
Attorney for Plaintiff

4