**Stueve Siegel Hanson LLP**
Norman E. Siegel, MO Bar # 44378
*siegel@stuevesiegel.com*
Christopher D. Dandurand, MO Bar # 63775
*dandurand@stuevesiegel.com*
460 Nichols Road, Suite 200
Kansas City, MO 64112
(816) 714-7100
(816) 714-7101 Facsimile

Attorneys for Plaintiff, Matthew Alexander,
for himself and other members of the general
public similarly situated

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Matthew Alexander, ) | |
| ) | Docket No. 2:13-cv-02005-LDG-CWH |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GNLV, Corp. ) | **ORDER RE: MOTION TO** |
| GNL, Corp., ) | **FILE UNDER SEAL** |
| ) | **PLAINTIFF MATTHEW** |
| ) | **ALEXANDER'S REPLY IN** |
| ) | **SUPPORT OF HIS MOTION TO** |
| ) | **COMPEL** |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

Plaintiff Matthew Alexander, for himself and other members of the general public similarly situated, by and through undersigned counsel hereby moves the Court for an entry of an Order to file under seal Plaintiff Matthew Alexander's Reply in Support of His Motion to Compel. As support for this Motion, Plaintiff states as follows:

1. The parties have agreed to abide by the terms of a proposed protective order, until such time as the parties seek and receive an Order from the Court stating otherwise or the parties come to a different agreement.

2. Pursuant to the terms of the proposed protective order, parties that produce documents and/or provide deposition testimony in this litigation are permitted to designate their documents or deposition transcripts as "Confidential", "Confidential – Attorney's Eyes Only" or "Confidential Personal Information."

3. Defendants have produced documents and/or deposition transcripts as Confidential, Confidential – Attorney's Eyes Only or Confidential Personal Information.

4. Plaintiff is filing a Reply in Support of His Motion to Compel Deposition which contains information designated as Confidential, Confidential – Attorney's Eyes Only or Confidential Personal Information. In order to comply with the terms of the proposed protective order, Plaintiff requests that the Court allow Plaintiff's Reply to be filed under seal.

5. Plaintiff believes that the burden is on the Defendants to establish that the information designated as Confidential, Confidential – Attorney's Eyes Only or Confidential Personal Information pursuant to the agreement is entitled to heightened protection. Nonetheless, Plaintiff requests that the Court file under seal Plaintiff Matthew Alexander's Reply in Support of His Motion to Compel so that Plaintiff can comply with the parties' agreement.

6. Plaintiff has attached the Declaration of Christopher D. Dandurand to this Motion as further support for his Reply.

7. Accordingly, Plaintiff respectfully requests that the Court enter an Order filing Plaintiff Matthew Alexander's Reply in Support of His Motion to Compel under seal.

Dated: November 17, 2014

**STUEVE SIEGEL HANSON LLP**

/s/ Christopher D. Dandurand
Norman E. Siegel, MO Bar # 44378
*siegel@stuevesiegel.com*
Christopher D. Dandurand, MO Bar # 63775
*dandurand@stuevesiegel.com*
460 Nichols Road, Suite 200
Kansas City, MO 64112
(816) 714-7100
(816) 714-7101 Facsimile

**DiPasquale Moore, LLC**
Michael DiPasquale, MO Bar # 58479
*mdipasquale@dmlawkc.com*
Jason B. Moore, MO Bar # 54592
*jmoore@dmlawkc.com*
4050 Pennsylvania Avenue, Suite 115
Kansas City, MO 64111
(816) 888-7501
(816) 888-7519 Facsimile

Brian D. Nettles, Esq.
Nevada Bar No. 7462
**Nettles Law Firm**
1389 Galleria Drive, Suite 200
Henderson, Nevada 89012
(702) 434-8282
(702) 434-1488 Facsimile
briandnettles@nettleslawfirm.com

Attorneys for Plaintiff, Matthew Alexander, for himself and other members of the general public similarly situated

**ATTORNEYS FOR PLAINTIFFS**

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge
Dated: November 18, 2014

3

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on November 17, 2014, a copy of the foregoing document was served via email to the following:

> Philip Hymanson
> hymansonp@gtlaw.com
> Donald Prunty
> pruntyd@gtlaw.com
> GREENBERG TRAURIG, LLP
> 3773 Howard Hughes Parkway,
> Suite 400 North
> Las Vegas, Nevada  89169
>
> Attorneys for Defendants

/s/ Christopher D. Dandurand
Attorney for Plaintiff

**Stueve Siegel Hanson LLP**
Norman E. Siegel, MO Bar # 44378
*siegel@stuevesiegel.com*
Christopher D. Dandurand, MO Bar # 63775
*dandurand@stuevesiegel.com*
460 Nichols Road, Suite 200
Kansas City, MO 64112
(816) 714-7100
(816) 714-7101 Facsimile

Attorneys for Plaintiff, Matthew Alexander,
for himself and other members of the general
public similarly situated

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| Matthew Alexander, | ) | |
| | ) | Docket No. 2:13-cv-02005-LDG-CWH |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GNLV, Corp., and | ) | |
| GNL, Corp. | ) | |
| | ) | **DECLARATION OF** |
| Defendants. | ) | **CHRISTOPHER D. DANDURAND** |
| | ) | |

I CHRISTOPHER D. DANDURAND declare upon personal knowledge and upon penalty of perjury, that the following is true and correct to the best of my knowledge, information, and belief:

1. My name is Christopher D. Dandurand I am an attorney at Stueve Siegel Hanson LLP representing Matthew Alexander in the above captioned case.

2. I have personal knowledge of the facts stated herein and respectfully submit this declaration in support of Plaintiff's Reply in Support of his Motion to Compel.

3. Exhibit 1 is a true and correct copy of an email chain between counsel for Plaintiff and counsel for Defendant, Donald Prunty.

4. Exhibit 2 is a true and correct copy of excerpts of the deposition of Thomas Zorbas, corporate representative for Epicor, taken September 23, 2014.

5. Exhibit 3 is a true and correct copy of a document produced by Defendants which reflects an agreement with credit card processor Paymentech.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed November 17, 2014 at Kansas City, Missouri.


       /s/ Christopher D. Dandurand
       Christopher D. Dandurand