Philip M. Hymanson
Nevada Bar No. 2253
hymansonp@gtlaw.com
Donald Prunty
Nevada Bar No. 8230
pruntyd@gtlaw.com
Bethany L. Rabe
NV Bar No. 11691
rabeb@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Fax:          (702) 792-9002
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Matthew Alexander,<br><br>                      Plaintiff,<br>vs.<br><br>GNL, Corp. and<br>GNLV, Corp.,<br><br>                      Defendants. | Case No. 2:13-cv-02005-LDG-CWH<br><br>**DEFENDANTS' MOTION TO FILE UNDER SEAL DEFENDANTS' MOTION TO DENY CLASS CERTIFICATION** |

Comes now Defendants GNL, Corp. and GNLV, Corp. (collectively "Defendants"), by and through their attorneys, Greenberg Traurig, LLP, and hereby file this motion to file under seal Defendants' Motion to Deny Class Certification ("Motion").

On November 14, 2014, the Court granted Defendants' Motion for Protective Order [Doc. No. 84], adopting Defendants' proposed protective order and confidentiality agreement.

Pursuant to the terms of the protective order, information disclosed at the deposition of a party may be designated by any party as "Confidential". Defendants have designated the deposition testimony of Plaintiff, Matthew Alexander, as confidential.

Defendants are filing a Motion to Deny Class Certification which factual background contains information designated as Confidential regarding the deposition of Matthew Alexander.

1

LV 420351408v1

Additionally, Exhibit A to the Motion contains excerpts from the deposition transcript of Matthew Alexander, which has been deemed confidential under the protective order. Public disclosure of information contained in the Motion along with the deposition excerpts attached as an exhibit to the Motion would waive the confidential nature of the testimony.

WHEREFORE, Defendants respectfully request that the Court grant them leave to file the Motion to Deny Class Certification, along with all supporting exhibits under seal.

Dated: November 24, 2014.

GREENBERG TRAURIG, LLP

BY: _____
PHILIP M. HYMANSON
DONALD PRUNTY
BETHANY RABE
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
*Attorneys for Defendants*

## ORDER

Having read and considered Defendants' Motion to File Under Seal Defendants' Motion to Deny Class Certification, and for good cause shown,

It is so ORDERED this 25 day of November, 2014 that Defendants' Motion to Deny Class Certification, be filed under seal.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

LV 420351408v1

2