**Stueve Siegel Hanson LLP**
Norman E. Siegel, MO Bar # 44378
*siegel@stuevesiegel.com*
Christopher D. Dandurand, MO Bar # 63775
*dandurand@stuevesiegel.com*
460 Nichols Road, Suite 200
Kansas City, MO 64112
(816) 714-7100
(816) 714-7101 Facsimile

Attorneys for Plaintiff, Matthew Alexander,
for himself and other members of the general
public similarly situated

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Matthew Alexander,        )<br>                           )<br>         Plaintiff,         )<br>                           )<br>     vs.                   )<br>                           )<br> GNLV, Corp.               )<br> GNL, Corp.,               )<br>                           )<br>                           )<br>                           )<br>                           )<br>         Defendants.       )<br>                           )<br>_____) | Docket No. 2:13-cv-02005-LDG-CWH<br><br>**PLAINTIFF'S MOTION TO FILE UNDER SEAL PLAINTIFF MATTHEW ALEXANDER'S SUGGESTIONS IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

Plaintiff Matthew Alexander, for himself and other members of the general public similarly situated, by and through undersigned counsel hereby moves the Court for an entry of an Order to file under seal Plaintiff Matthew Alexander's Suggestions in Opposition to Defendants' Motion to Dismiss First Amended Complaint. As support for this Motion, Plaintiff states as follows:

1. Plaintiff and third party Epicor Retail have agreed to abide by the terms of a protective order entered by the Court. [Doc. 47]

2. Pursuant to the terms of the protective order, deposition transcripts are automatically treated as containing confidential information for the first thirty days after the transcript is released.

3. Plaintiff is filing his Suggestions in Opposition to Defendants' Motion to Dismiss First Amended Complaint which contains information obtained at the deposition of Epicor Retail, which occurred less than thirty days ago and therefore the information is required to be treated as confidential. In order to comply with the terms of the protective order, Plaintiff requests that the Court allow Plaintiff's Opposition to be filed under seal.

4. Plaintiff believes that the burden is on Epicor to establish that the information designated as confidential pursuant to the agreement is entitled to heightened protection. Nonetheless, Plaintiff requests that the Court file under seal Plaintiff Matthew Alexander's Suggestions in Opposition to Defendants' Motion to Dismiss First Amended Complaint so that Plaintiff can comply with the protective order.

5. Accordingly, Plaintiff respectfully requests that the Court enter an Order filing Plaintiff Matthew Alexander's Suggestions in Opposition to Defendants' Motion to Dismiss First Amended Complaint under seal.

Dated: October 2, 2014  **STUEVE SIEGEL HANSON LLP**

/s/ Christopher D. Dandurand
Norman E. Siegel, MO Bar # 44378
*siegel@stuevesiegel.com*
Christopher D. Dandurand, MO Bar # 63775
*dandurand@stuevesiegel.com*
460 Nichols Road, Suite 200
Kansas City, MO 64112
(816) 714-7100

(816) 714-7101 Facsimile

**DiPasquale Moore, LLC**
Michael DiPasquale, MO Bar # 58479
*mdipasquale@dmlawkc.com*
Jason B. Moore, MO Bar # 54592
*jmoore@dmlawkc.com*
4050 Pennsylvania Avenue, Suite 115
Kansas City, MO 64111
(816) 888-7501
(816) 888-7519 Facsimile

Brian D. Nettles, Esq.
Nevada Bar No. 7462
**Nettles Law Firm**
1389 Galleria Drive, Suite 200
Henderson, Nevada 89012
(702) 434-8282
(702) 434-1488 Facsimile
briandnettles@nettleslawfirm.com

Attorneys for Plaintiff, Matthew Alexander,
for himself and other members of the general
public similarly situated

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on October 2, 2014, a copy of the foregoing document was served via ECF to the counsel of record in this case.

ORDER

/s/   Christopher D. Dandurand
Attorney for Plaintiff

IT IS SO ORDERED.

DATED this 25 day of November, 2014.

_____
Lloyd D. George
Sr. U.S. District Judge

3