Philip M. Hymanson (NV Bar No. 2253)
hymansonp@gtlaw.com
Donald L. Prunty (NV Bar No. 8230)
pruntyd@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada  89169
Telephone:     (702) 792-3773
Fax:     (702) 792-9002
*Attorneys for Defendants Golden Nugget, Inc. & GNLV, Corp.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Matthew Alexander,<br><br>                    Plaintiff,<br>vs.<br><br>Golden Nugget, Inc. and<br>GNLV, Corp.,<br><br>                    Defendants. | Case No.  2:13-cv-02005-LDG-CWH<br><br>**STIPULATION AND<br>  ORDER OF DISMISSAL WITH<br>             PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, Matthew Alexander ("Plaintiff") and Defendants GNL Corp., and GNLV, Corp. (collectively "Defendants"), by and through their respective counsel, that this matter shall be dismissed in its entirety with prejudice, each party to bear their own attorneys' fees and costs.

| | |
|---|---|
| Dated this 26th day of February, 2015. | Dated this 26th day of February, 2014. |
| GREENBERG TRAURIG, LLP | STUEVE SIEGEL HANSON LLP |
| /s/ Donald L. Prunty<br>Philip M. Hymanson<br>Donald L. Prunty<br>Bethany L. Rabe<br>3773 Howard Hughes Parkway,<br>Suite 400 North<br>Las Vegas, Nevada  89169<br><br>*Attorneys for Defendants* | /s/Norman E. Siegel<br>Norman E. Siegel<br>460 Nichols Road<br>Suite 200<br>Kansas City, MO 64112<br><br>*Attorneys for Plaintiff* |

1

LV 420408215v1

**ORDER**

**IT IS HEREBY ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE
DATED: _____27_____ February 2015

Respectfully submitted by:

/s/ Donald L. Prunty
GREENBERG TRAURIG, LLP
Philip M. Hymanson
Donald L. Prunty
3773 Howard Hughes Pkwy., Suite 400N
Las Vegas, Nevada  89169
*Attorneys for Defendants*

2

*LV 420408215v1*